**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7669**

---

JUAN DEMOND WRIGHT,

Plaintiff - Appellant,

versus

RANDALL E. LEE; EDWARD A. JACKSON; ABDUR
RAHMAN Y. SYKES; JEAN JOYNER,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Malcolm J. Howard, District
Judge.  (CA-98-552-5-H)

---

Submitted:  February 11, 1999      Decided:  February 25, 1999

---

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Juan Demond Wright, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Juan Demond Wright appeals the district court's order denying relief on his 42 U.S.C. § 1983 (West Supp. 1998) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Wright v. Lee, No. CA-98-552-5-H (E.D.N.C. Oct. 2, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2